1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  RAYMOND R. ROLLAN, State Bar #304548
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3888
6  Facsimile:    (415) 554-3837
   E-Mail:       raymond.rollan@sfcityatty.org

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHLOE MARIA DIMITROU, | Case No. |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT** |
| vs. | **[Pursuant to 28 U.S.C. § 1441(b)]** |
| THE CITY AND COUNTY OF SAN FRANCISCO AND DOES 1-100, INCLUSIVE. | **(Federal Question)** |
| Defendants. | |

TO: CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF:

NOTICE IS HEREBY GIVEN that CITY AND COUNTY OF SAN FRANCISCO, ("Defendant"), named as defendant in the above-captioned action, No. CGC-20-586538, in the files and records of the Superior Court in and for the City and County of San Francisco, hereby file in the United States District Court for the Northern District of California a Notice of Removal of said action to the said United States District Court, pursuant to 28 U.S.C. §§1441 and 1446, and are filing in said Superior Court a Notice of Removal.

1   Defendants, pursuant to 28 U.S.C. §§1441 and 1446, present the following facts to the Judges of the United States District Court for the Northern District of California:

A civil action bearing the above-caption was commenced in the Superior Court of California, in and for the City and County of San Francisco, Action No. CGC-20-586538, on September 14, 2020, and is pending therein. The summons and complaint was served on the City on September 16, 2020.

The Complaint in said pending action includes allegations brought under 42 U.S.C. Section 1983.

This action may properly be removed to this Court pursuant to 28 U.S.C. §1441, for the reason that Plaintiff's complaint alleges a violation of laws of the United States.

To the extent that Plaintiff's complaint alleges a claim or cause of action other than violations of rights under the laws of the United States, said cause(s) of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

Pursuant to 28 U.S.C. §1446(b), a copy of the following documents are attached:

1. The Summons and Complaint are hereto attached as Exhibit A.

2. Defendants' Answer to Complaint and Jury Trial Demand is hereto attached as Exhibit B.

Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the California Superior Court for San Francisco County, the forum in which the removed action was pending.

Defendants will promptly file a Notice of this Removal with the Clerk of the Superior Court for San Francisco County and serve the Notice on all parties.

///
///
///
///
///
///
///
///

WHEREFORE, Defendants pray that the above action now pending in the Superior Court of the State of California in and for the City and County of San Francisco be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. §1441, et. seq.

Dated:  October 16, 2020

                         DENNIS J. HERRERA
                         City Attorney
                         MEREDITH B. OSBORN
                         Chief Trial Deputy
                         RAYMOND R. ROLLAN
                         Deputy City Attorney

By: */s/ Raymond R. Rollan*
      RAYMOND R. ROLLAN

      Attorneys for Defendant
      CITY AND COUNTY OF SAN FRANCISCO

**PROOF OF SERVICE**

I, MONICA TREJO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On October 16, 2020, I served the following document(s):

**NOTICE OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT**
**[Pursuant to 28 U.S.C. § 1441(b)] (Federal Question)**

on the following persons at the locations specified:

| | |
|---|---|
| Elizabeth A. Zareh<br>Zareh Assocoiotes<br>75 Broadway. #202<br>San Francisco, CA 94111<br>(415)830-3031 Tel/fax<br>E-Mail: Elizabeth@zarehassociates.com | Ali R. Yousefi<br>3230 Arena Blvd Ste# 245-224<br>Sacramento. CA 95834<br>Telephone: (858) 414-2200<br>Facsimile: (916) 200-0868<br>E-Mail: AYousefiLaw@gmail.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** I caused a copy of such document to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: monica.trejo@sfcityatty.org

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 16, 2020, at San Francisco, California.

*/s/ Monica Trejo*
MONICA TREJO